UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LACAL WILSON                                                       CIVIL ACTION

VERSUS                                                             NO. 06-2517

JAMES D. MILLER                                                    SECTION "I" (6)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, **IT IS ORDERED** that the petition of Lacal Wilson for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this   21st   day of June, 2006.

UNITED STATES DISTRICT JUDGE